IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LATASHA HUGHES,     Plaintiff | : : : | CIVIL ACTION |
| v. | : : | NO. 2:14-cv-07266-RK |
| WELTMAN, WEINBERG & REIS CO., L.P.A.,     Defendant | : : | JURY TRIAL DEMANDED |

### STIPULATION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT

**TO THE CLERK OF THE COURT**:

It is hereby stipulated between Eric C. Rosenberg, Esquire, counsel for Defendant Weltman, Weinberg & Reis Co., L.P.A., Brent F. Vullings, Esquire, counsel for Plaintiff Latasha Hughes that Count II of Plaintiff's Complaint is dismissed with prejudice.

**VULLINGS LAW GROUP, LLC**

**BY:**   /s/ Brent F. Vullings
**BRENT F. VULLINGS**
3953 Ridge Pike, Suite 102
Collegeville, PA  19426
bvullings@vullingslaw.com
Attorneys for Plaintiff

**FINEMAN KREKSTEIN & HARRIS**

**BY:**   /s/ Eric C. Rosenberg
**ERIC C. ROSENBERG**
**RICHARD J. PERR**
erosenberg@finemanlawfirm.com
rperr@finemanlawfirm.com
1735 Market Street, Suite 600
Philadelphia, PA  19103
215-893-9300
Attorneys for Defendant

**BY THE COURT:**

_____
**HONORABLE ROBERT F. KELLY**

{00931911;v1}