RFK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LATASHA HUGHES**<br>**Plaintiff** | :    **Case No. 2:14-cv-07266-RK** |
| vs. | : |
| **WELTMAN, WEINBERG, & REIS CO., L.P.A.**<br>**Defendant** | : |

FILE
SEP - 2015
MICHAEL KUNZ CL...

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, LATASHA HUGHES, and the defendant, WELTMAN, WEINBERG, & REIS CO., L.P.A., that the above-entitled action is hereby dismissed with prejudice as to WELTMAN, WEINBERG, & REIS CO., L.P.A. only, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY: _/s/ Brent F. Vullings_
      Brent F. Vullings, Esquire
      Attorney for Plaintiff

Fineman Krekstein & Harris, P.C.

BY: _/s/ Richard J. Perr_
      Richard J. Perr, Esq.
      Attorney for Defendant, Fineman Krekstein & Harris, P.C.

**ENTERED**

SEP - 9 2015

CLERK OF COURT

IT IS SO ORDERED.

_Robert F. Kelly_
ROBERT F. KELLY J.
Sept. 9, 2015